# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LARRY KLAYMAN,**
Appellant,

v.

**PORTFOLIO MEDIA, INC., ET AL.,**
Appellees.

No. 4D22-1803

[March 23, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502021CA004857.

Larry Klayman, Boca Raton, pro se.

Deanna K. Shullman and Giselle M. Girones of Shullman Fugate PLLC, West Palm Beach and Elizabeth A. McNamara and Amanda B. Levine of Davis Wright Tremaine LLP, New York, pro hac vice, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***